UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD FLEMING, an individual, on behalf of himself and all others similarly situated, and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,

       Plaintiffs,

  v.

CRAWFORD & CO., a Georgia corporation; and DOES 1 through 50, inclusive,

       Defendants.
_____/

NO. Civ.S-08-113 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than May 12, 2008.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4    IT IS SO ORDERED.
5    DATED: April 2, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT