MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
GERALD FLEMING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT – SACRAMENTO

| | |
|---|---|
| GERALD FLEMING, an individual, on behalf of himself and all others similarly situated, and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General, <br><br> Plaintiffs, <br><br> vs. <br><br> CRAWFORD & CO., a Georgia corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:08-CV-00113-LKK-GGH <br><br> Assigned for All Purposes To: <br> Judge:  Karlton <br> Ctrm:   4 <br><br> **STIPULATION TO FILE FIRST AMENDED COMPLAINT** <br><br> Complaint Filed: January 16, 2008 <br> Trial Date:         None |

WHEREAS Plaintiff filed a complaint and Defendant filed an answer;

WHEREAS the parties tentatively have agreed upon settlement and are negotiating the final terms;

WHEREAS no class certification has been sought;

The parties wish to amend the complaint so that it is in the proper format to be dismissed with prejudice.

///

///

///

STIPULATION TO FILE FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that this court may allow Plaintiff to file the First Amended Complaint, a copy of which is attached hereto.

DATED: April 15, 2008          LAW OFFICES OF MICHAEL L. TRACY

By:     _____/s/ Michael Tracy_____
MICHAEL L. TRACY, Attorney for
Plaintiff GERALD FLEMING

DATED: April 11, 2008          DRINKER BIDDLE & REATH LLP

By:     _____/s/__Cheryl Orr_____
CHERYL ORR, Attorney for
Defendant CRAWFORD & COMPANY

**ORDER**

IT IS SO ORDERED. The First Amended Complaint is deemed filed as of the date this Order is signed.

DATED: April 15, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com